**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Arnik Mauricio Rodriguez

Case No: 24−40505 − KAC

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015−1 and Local Form 3015−1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016−1(d) and Local Form 2016−1(d).

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. The attorney for the debtor(s), Wesley W. Scott, is awarded $3,000.00 for total compensation or reimbursement and the trustee is authorized to pay the unpaid balance to the attorney for the debtor(s) as provided in the plan.

Dated: 4/19/24

Katherine A. Constantine
United States Bankruptcy Judge

mnbocnf13 13ocnf 06/22

United States Bankruptcy Court

District of Minnesota

In re:     Case No. 24-40505-KAC

Arnik Mauricio Rodriguez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 3

Date Rcvd: Apr 19, 2024     Form ID: 13ocnf     Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnik Mauricio Rodriguez, 2804 Colorado Ave S, St. Louis Park, MN 55416-1827 |
| intp | + | New Residential Mortgage, LLC, Wilford, Geske & Cook, P.A., 7616 Currell Blvd Ste 200, Woodbury, MN 55125-2296 |
| 63150543 | #+ | Bedrock Restoration, 8960 Excelsior Blvd, Hopkins, MN 55343-3412 |
| 63129632 | ++ | CENTERPOINT ENERGY, PO BOX 1700, HOUSTON TX 77251-1700 address filed with court:, CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 63121853 | + | Carlson & Assoc, 1052 Centerville Circle, Saint Paul MN 55127-6344 |
| 63121854 | | Centerpoint, PO Box 4671, Houston TX 77210-4671 |
| 63121855 | + | City of St. Louis Park, 5005 Minnetonka Blvd, Minneapolis MN 55416-2290 |
| 63121859 | | Healthpartners, 8100 34th Ave S, PO Box 1309, Minneapolis MN 55440-1309 |
| 63121862 | + | Methodist Hospital, 6500 Excelsior Blvd, St Louis Park MN 55426-4700 |
| 63121864 | + | Mom, 712 Sycamore Ave, McAllen TX 78501-2450 |
| 63121867 | + | Trautmann Martin Law, 619 South Tenth Street, Minneapolis MN 55404-1128 |
| 63121868 | + | United Healthcare Services, PO BOX 30555, Salt Lake City UT 84130-0555 |
| 63144535 | + | Valon Mortgage, Inc., c/o New Residential Mortgage, LLC, 14647 S 50th St Ste A150, Phoenix, AZ 85044-6464 |
| 63121869 | + | Valon/fed Nat Mtg Asso, 9450 Sw Gemini Dr, Beaverton OR 97008-7105 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63121850 | + | Email/Text: solutionsbankruptcy@affinityplus.org | Apr 19 2024 21:11:00 | Affinity Plus Credit U, 175 W Lafayette Rd, Saint Paul MN 55107 |
| 63121852 | + | Email/Text: solutionsbankruptcy@affinityplus.org | Apr 19 2024 21:11:00 | Affinity Plus Federal CU, Attn: Bankruptcy, 175 West Lafayette Frontage Rd, St. Paul MN 55107 |
| 63121851 | + | Email/Text: solutionsbankruptcy@affinityplus.org | Apr 19 2024 21:11:00 | Affinity Plus Federal Credit Union, Attn: Bankruptcy, 175 West Lafayette Frontage Road, St. Paul MN 55107 |
| 63129632 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Apr 19 2024 21:11:00 | CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 63121856 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 21:20:41 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 63121857 | + | Email/Text: clientservices@launchservicing.com | Apr 19 2024 21:11:08 | Crb Sunlight, Po Box 91910, Sioux Falls SD 57109-1910 |
| 63121858 | + | Email/Text: billing.dept@eppahealth.com | Apr 19 2024 21:10:00 | Emergency Physicians, PO BOX 856561, Minneapolis MN 55485-6561 |
| 63148675 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 19 2024 21:11:00 | Hyundai Capital America DBA Hyundai Motor |

Case 24-40505   Doc 16   Filed 04/21/24   Entered 04/21/24 23:25:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 13ocnf | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 63121860 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 19 2024 21:11:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley CA 92728-0829 |
| 63121861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 21:11:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 63121863 | + | Email/Text: mdor.bkysec@state.mn.us | Apr 19 2024 21:10:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 63121865 | + | Email/PDF: pa_dc_claims@navient.com | Apr 19 2024 21:20:11 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre PA 18773-9500 |
| 63128785 | | Email/Text: bkyelectnotices@trelliscompany.org | Apr 19 2024 21:11:00 | Navient Solutions, LLC. on behalf of, TGSLC dba Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 63121869 | + | Email/Text: bankruptcy@valon.com | Apr 19 2024 21:11:00 | Valon/fed Nat Mtg Asso, 9450 Sw Gemini Dr, Beaverton OR 97008-7105 |
| 63121870 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 19 2024 21:10:00 | Verizon Wireless Bankruptcy, 500 Technology Dr, Ste 500, Saint Charles MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 63121866 | ##+ | Paul Law Office, PLLC, 2605 East Cliff Road, Burnsville MN 55337-3386 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda M. Rosback | on behalf of Debtor 1 Arnik Mauricio Rodriguez samantha@lifebacklaw.com amanda@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Orin J. Kipp | on behalf of Interested Party New Residential Mortgage  LLC okipp@wgcmn.com, dkbenson@wgcmn.com;lfrancis@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0864-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 19, 2024 | Form ID: 13ocnf | Total Noticed: 27 |

Wesley W. Scott   on behalf of Debtor 1 Arnik Mauricio Rodriguez samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com

TOTAL: 5